# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Gregory HARRIS, AKA "Dirt", AKA "Do Dirt" | ) | 3:22-mj-00165-MMS |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 15 - March 29, 2022___ in the county of _____ in the _____ District of ___Alaska___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Distribution of controlled substances |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 924(c) | Use of a firearm in furtherance of drug trafficking |

This criminal complaint is based on these facts:

Listed in the affidavit of Special Agent Thomas J. King, hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

THOMAS KING
Digitally signed by THOMAS KING
Date: 2022.04.01 08:02:11 -08'00'

*Complainant's signature*

Thomas J. King, Senior Special Agent
*Printed name and title*

Subscribed and sworn pursuant to Fed. R.
Crim. P. 4.1 and 41(d)(3) on:

Date: __April 1, 2022__

*Judge's signature*

City and state: ___Anchorage, AK___

Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*