IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>Gregory HARRIS AKA "Dirt", AKA "Do Dirt"<br><br>    Defendant. | No. 3:22-mj-00165-MMS  Apr 01 2022 |

## AFFIDAVIT

I, Thomas J. King, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Gregory HARRIS, AKA "Dirt, AKA "Do Dirt" has committed the following federal criminal offense:

> On or about March 15 through March 29, 2021, within the District of Alaska, Gregory HARRIS knowingly and intentionally distributed controlled substances, to wit: methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and possessed firearms in violation of 18 U.S.C. § 922(g)(1) and 924(c).

2.  I am a graduate of Buffalo State College, where I obtained a Bachelor of Science in criminal justice. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since February 14, 2001. Prior to that I was a Special Agent with the Immigration and Naturalization Service

for five years, and an Inspector with the United States Customs Service for three years.

3. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent, I am familiar with the Federal Firearms laws. Through my experience I have also investigated numerous cases involving 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm), 18 U.S.C. § 924(c) (Use of a Firearm in Furtherance of a Violent Crime or a Crime Involving Drug Trafficking) and 21 U.S.C. § 841 et seq (violations of the Controlled Substance Act).

4. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter, and my training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

FACTS ESTABLISHING PROBABLE CAUSE

1. In March of 2022 I initiated an investigation into drug and firearms trafficking offenses committed by Gregory HARRIS. During this investigation I met Gregory HARRIS in an undercover capacity, and began purchasing firearms and narcotics from him.

2. HARRIS has the following felony convictions in the State of Alaska: ROBBERY 1- ARMED W/ DEADLY WEAPON, dated 09/16/97, Cause #3AN-97-785, CNTRLD SUBS 4-POSSESS IA, IIA, dated 04/23/04, Cause #3AN-04-3121,

MISC/WEAPONS 3 - FELON IN POSSESSION, dated 06/05/14, Cause #3AN-15-696. I have probable cause to believe, in particular because of the previous Felon in Possession conviction, that HARRIS is aware that he cannot legally possess a firearm.

3. On March 15, 2022, after texting with HARRIS and confirming he had narcotics available for sale, I agreed to meet HARRIS at his room in the Black Angus Inn. Eventually I went to the Black Angus Inn and was allowed into his room by HARRIS' girlfriend, Sierra JOSHUA, who is also a resident in Room 224. HARRIS was not there so I waited, and eventually HARRIS arrived, carrying a backpack. I purchased one pistol from HARRIS, and then purchased 45.5 grams of methamphetamine (later field tested positive). During this transaction, HARRIS removed a pistol from the same backpack he had carried into the room, which is also the same backpack that had contained his methamphetamine. HARRIS showed me the gun was loaded but explained he was having trouble finding ammunition for that firearm and requested that I find some for him if I was able. I recorded this meeting with audio/video equipment, and it was monitored by ATF Agents on surveillance.

4. On March 16, 2022, HARRIS contacted me by text, and let me know he had some firearms available for sale. I agreed to meet HARRIS at the Black Angus Inn that evening. When I went to the Target Premises, Sierra JOSHUA let me into the room, and confirmed HARRIS would be there shortly. While I was waiting for HARRIS, JOSHUA asked me in effect what I was looking for. I told JOSHUA I was purchasing firearms from

HARRIS but if she had methamphetamine available, I would be interested in purchasing some. JOSHUA sold me 7.5 grams of methamphetamine.

5. HARRIS arrived, with a man identified as Frank (Last Name Unknown – LNU). I purchased four firearms from HARRIS, and also purchased one firearm from Frank LNU. I observed other firearms in HARRIS' possession, but he made it clear those were not for sale. I also asked HARRIS whether he would include a high-capacity drum style pistol magazine I had seen in his possession earlier. HARRIS indicated that although he still had the magazine, it was not for sale because that type of item was hard to find. I recorded this meeting with audio/video equipment, and it was monitored by ATF Agents on surveillance. The methamphetamine I purchased from JOSHUA was later field tested, with a positive indication for methamphetamine.

6. On March 29, 2021, acting in an undercover capacity, I met HARRIS at the Black Angus Inn. I purchased two handguns from HARRIS, and observed at least three additional handguns in HARRIS' possession, that he did not want to sell at that time. In particular, HARRIS removed a Sig Sauer pistol from his backpack, and remarked that it was his favorite gun, that he carried with him at all times. After the firearms transaction was completed, I drove HARRIS to the Econo Inn in Anchorage, for the express purpose of obtaining methamphetamine. HARRIS went into the Econo Inn while I waited outside. When he returned to my vehicle we departed, and HARRIS then sold me approximately 2 ounces of methamphetamine. This meeting with HARRIS was recorded by me, and

monitored by Agents on surveillance. I later field tested the substance and obtained a positive indication for methamphetamine.

CONCLUSION

I have probable cause to believe that Gregory HARRIS has committed the offense described in the complaint. Accordingly, I ask the court to issue a warrant for Gregory HARRIS' arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

THOMAS KING

Digitally signed by THOMAS KING
Date: 2022.04.01 08:10:52 -08'00'

Thomas J. King
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

UNITED STATES MAGISTRATE JUDGE