IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY HARRIS a/k/a "DIRT,"<br>a/k/a "DO DIRT,"<br><br>    Defendant. | Case No. 3:22-cr-00034-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

      A plea agreement was filed in this case at Docket 35. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Harris entered a guilty plea to Counts 6 and 7 of the Indictment, which are violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm, and 21 U.S.C. § 841(a)(1), (b)(1)(B), Distribution of Methamphetamine, as well as an admission to the Criminal Forfeiture Allegation.

      Judge Reardon issued a Final Report and Recommendation at Docket 41, in which he recommended that the District Court accept Defendant's plea of guilty to

Counts 6 and 7 of the Indictment and his admission to Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 6 of the Indictment, Felon in Possession of a Firearm, and Count 7 of the Indictment, Distribution of Methamphetamine, and his admission to Criminal Forfeiture Allegation. Defendant is adjudged GUILTY of Counts 6 and 7.

The Imposition of Sentence hearing in this matter is confirmed for January 6, 2023, at 1:00 p.m. in Anchorage Courtroom 3.

DATED this 8th day of November, 2022 at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*United States v. Harris* — Case No. 3:22-cr-00034-JMK
Order re Final Report and Recommendation — Page 2
Case 3:22-cr-00034-JMK-KFR   Document 42   Filed 11/08/22   Page 2 of 2